IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02576-MSK-KLM

FAR EAST ENTERPRISE LLP,

    Plaintiff,

v.

SEQUOIA INSURANCE COMPANY, a California corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order to Itemize Additional Damages and Withdraw an Item of Damage** [#39] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Section 5(a) of the Scheduling Order [#18] is amended (1) to remove the element of damages asserted as arising from the replacement of interior ceiling tiles, and (2) to add the following: "Unreasonable delay damages pursuant to C.R.S. § 10-3-1115/1116 arising from the late payment of $394,793 in benefits related to the membrane roof. The cost to replace the security lights in the amount of $3,012. The unpaid balance of invoice FC 337 from Rocky Mountain Construction in the amount of $3,908.49." *See Motion* [#39] at 2.

    Dated: March 20, 2014